

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | November 16, 2023 |
| Case Number: | 3:23−cv−01657−HZ |
| Case Title: | Wicks et al v. Honl et al |

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Stacie F. Beckerman to the Honorable Marco A. Hernandez, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Jennifer Paget
                                 Telephone:  503−326−8051
                                 Email:  jennifer_paget@ord.uscourts.gov

    Docket Information:    Telephone:  503−326−8050

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Hernandez's initials (HZ) will replace the previous judge's initials in this case.

                                                          **MELISSA AUBIN**
                                                          **Clerk of Court**

cc:    Judge Hernandez
        Counsel of Record